UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC R NELSON | § | Case No. 16-82762 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 650.00  *(Without deducting any secured claims)* | Assets Exempt: 307,700.00 |
| Total Distributions to Claimants: 2,413.13 | Claims Discharged Without Payment: 450,621.00 |
| Total Expenses of Administration: 4,737.48 | |

3) Total gross receipts of $ 170,578.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 163,427.51  (see **Exhibit 2**), yielded net receipts of $ 7,150.61  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 448,226.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,737.48 | 4,737.48 | 4,737.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,395.00 | 2,394.52 | 2,394.52 | 2,413.13 |
| **TOTAL DISBURSEMENTS** | $ 450,621.00 | $ 7,132.00 | $ 7,132.00 | $ 7,150.61 |

4) This case was originally filed under chapter 7 on 11/28/2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2018        By:/s/BERNARD J. NATALE, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INheritance from Mother's Estate | 1229-000 | 170,578.12 |
| **TOTAL GROSS RECEIPTS** | | **$ 170,578.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ERIC R NELSON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 163,427.51 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 163,427.51** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kondaur Capital Corporation, 333 S. Anita Dr Ste 400 Orange, CA 92868 | | 448,226.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 448,226.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,465.06 | 1,465.06 | 1,465.06 |
| BERNARD J. NATALE | 2200-000 | NA | 4.34 | 4.34 | 4.34 |
| Associated Bank | 2600-000 | NA | 497.75 | 497.75 | 497.75 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,765.00 | 2,765.00 | 2,765.00 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 5.33 | 5.33 | 5.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,737.48 | $ 4,737.48 | $ 4,737.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Bank Usa N, Po Box 965005 Orlando, FL 32896 |  | 0.00 | NA | NA | 0.00 |
|  | Chase Card, Po Box 15298 Wilmington, DE 19850 |  | 0.00 | NA | NA | 0.00 |
|  | Citi Card, Box 6500 Sioux Falls, SD 57117 |  | 0.00 | NA | NA | 0.00 |
|  | Household Financial Corp, 208 S LA SALLE ST Ste 814 Chicago, IL 60604 |  | 0.00 | NA | NA | 0.00 |
|  | Jpm Chase, Po Box 24696 Columbus, OH 43224 |  | 0.00 | NA | NA | 0.00 |
|  | Portfolio Recovery Associates, P.O. Box 41067 Norfolk, VA 23541 |  | 2,395.00 | NA | NA | 0.00 |
|  | Synchrony Financial Bank, PO Box 960061 Orlando, FL 32896-0061 |  | 0.00 | NA | NA | 0.00 |
| 1 | Cavalry SPV I LLC | 7100-000 | NA | 2,394.52 | 2,394.52 | 2,394.52 |
|  | Cavalry SPV I LLC | 7990-000 | NA | NA | NA | 18.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,395.00 | $ 2,394.52 | $ 2,394.52 | $ 2,413.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-82762 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ERIC R NELSON | | | | Date Filed (f) or Converted (c): | 11/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/05/2017 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 11/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6201 Anvil Dr Crystal Lake Il 60012-0000 Mchenry | 303,000.00 | 303,000.00 | OA | 0.00 | FA |
| 2. 2004 Chevy Suburban Mileage: 255000 | 2,000.00 | 4,000.00 | OA | 0.00 | FA |
| 3. 1998 Ford Taurus Mileage: 150000 | 350.00 | 700.00 | OA | 0.00 | FA |
| 4. Older Household Items And Personal Belongings | 750.00 | 0.00 | OA | 0.00 | FA |
| 5. Tv, Computer, Cell Phone, And Other Electronic Devices | 150.00 | 0.00 | OA | 0.00 | FA |
| 6. Camera, Fishing Equipment, Carpentry Tools | 700.00 | 0.00 | OA | 0.00 | FA |
| 7. Pistols, Rifles, And Ammunition | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Everyday Clothes | 200.00 | 0.00 | OA | 0.00 | FA |
| 9. Costume Jewelry And Wedding Rings | 100.00 | 0.00 | OA | 0.00 | FA |
| 10. Chase Bank | 100.00 | 0.00 | OA | 0.00 | FA |
| 11. Metropolitian Life | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. INheritance from Mother's Estate (u) | 0.00 | Unknown | | 170,578.12 | FA |
| TOTALS (Excluding Unknown Values) | $308,350.00 | $307,700.00 | | $170,578.12 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2017    Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-82762 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: ERIC R NELSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8905 |
| | Checking |
| Taxpayer ID No: XX-XXX3901 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.58 | ($123.58) |
| 10/05/17 | 12 | Arlene Nelson | Inheritance<br>Check was received and originally deposited back in August, but never logged into the computer until 10/5/17. | 1229-000 | $107,400.00 | | $107,276.42 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.34 | $107,122.08 |
| 10/12/17 | 12 | John R Russell Ltd<br>Client Trust Account<br>1820 Ridge Road, Suite 101<br>Homewood, IL 60430-1748 | Inheritance | 1229-000 | $63,178.12 | | $170,300.20 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.83 | $170,080.37 |
| 01/04/18 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,469.40 | $168,610.97 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($1,465.06) | 2100-000 | | |
| | | BERNARD J. NATALE | Trustee Expenses | ($4.34) | 2200-000 | | |
| 01/04/18 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,770.33 | $165,840.64 |
| | | BERNARD J. NATALE LTD | Attorney Fees | ($2,765.00) | 3110-000 | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses | ($5.33) | 3120-000 | | |
| 01/04/18 | 1103 | Cavalry SPV I LLC<br>P O Box 27288<br>Tempe AZ 85282 | REF #3586 | | | $2,413.13 | $163,427.51 |
| | | | Page Subtotals: | | $170,578.12 | $7,150.61 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-82762 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | ERIC R NELSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8905 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3901 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($18.61) | 7990-000 | | | |
| | | Cavalry SPV I LLC | REF #3586 ($2,394.52) | 7100-000 | | | |
| 01/04/18 | 1104 | ERIC R NELSON<br>1217 PRAIRIE VIEW PARKWAY<br>CARY IL 60013 | Distribution of surplus funds to debtor. | 8200-002 | | $163,427.51 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $170,578.12 | $170,578.12 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $170,578.12 | $170,578.12 |
| Less: Payments to Debtors | $0.00 | $163,427.51 |
| Net | $170,578.12 | $7,150.61 |

Page Subtotals: $0.00  $163,427.51

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8905 - Checking | $170,578.12 | $7,150.61 | $0.00 |
| | $170,578.12 | $7,150.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $170,578.12 |
| Total Gross Receipts: | $170,578.12 |

Page Subtotals: $0.00 $0.00